UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

CHAMBERS OF
FREDERIC BLOCK
U.S. DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 01 2009 ★
BROOKLYN OFFICE

9/30/09

Re.: USA v. Crosby
CR-04-966(S-7)-3(FB)

Dear Counsel,

Please find enclosed a copy of the probation departments sentencing recommendation in the above case which is currently scheduled for sentencing on 10/6/09 AT 3PM J. Block has adopted a policy whereby he now discloses the sentencing recommendation of the probation department.

If you should have any further questions feel free to contact me at (718) 613-2425.

Respectfully,

Michael Innelli
Case Manager