Dennis Crosby 71428-053
M.D.C
P.O. Box 329002
Brooklyn, N.Y. 11232

Honorable Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT - 4 2010 ★
BROOKLYN OFFICE

Dear Judge Block

04-cr-966

People in every community use the saying, keep it real, meaning tell the truth! Well, Judge Block, I'm going to do just that in this letter.

I truly regret that Elic Smith and Troy Singleton was killed, I don't want there family to feel I don't care Because I do!

Judge Block I will not insult you by saying I did nothing in this case. I was the one who drove Mosley's crew where Elic Smith was, and I told Mosley that Singleton put his car in Rochdale.

But Judge Block, I was not the shooter I still feel bad that it happen.

I talk to Colbert Johnson family from time to time to see how his kids is doing and I try to tell them I'm in jail because I made the wrong decision. But they know Elic Smith was the one who killed there father, they was at McGriff trial and they heal the government say it.

Judge Block I did my best in my community to keep the younger kids from ending up in jail.

I'm in jail Because I let myself be used and basically destroyed my life and the life of other's.

Judge Block I really have so much to share with my community about making the right decision and not being use to make the wrong decision.

Judge Block I'm asking you please give me A chance. Well I hope and pray my letter did not up-set you.

I want to thank you for reading my letter.

Respectfully yours
Dennis Crosby

P.S.   Here are some letters from the community and my kids, And prisoner visitation And support



Richard J. Sullivan
Prisoner Visitation and Support
1501 Cherry Street
Philadelphia, PA 19102

Honorable Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge,

For three years now, I have been visiting Dennis Crosby # 71428-053 each month in my capacity as a member of Prisoner Visitation and Support – a national program authorized by the Federal Bureau of Prisons. On each visit I spend an hour or more with him. We talk about his and my life, the prison experience, family, his feelings, and the legal charges against him.

From day one Dennis has exhibited wonderful traits. To me he seems to be a basically decent, respectful and kind person with strong values that have actually added to his legal woes. He comes from a good family which he knows that he has let down. He carries the pain of that in his heart each day as he does the hurt that has been inflicted on the families of those impacted by the killings that took place. He was not a boy scout, which he readily repeats, but he has the character to be one.

While Dennis never pulled a trigger to kill anyone he had responsibilities beyond that, which he recognizes.

I hope that your sentencing of Dennis will take into account what he is today and what he can be tomorrow as he serves his sentence and prepares to rejoin society. He wants to live a normal life and be a productive and law abiding citizen. I hope that you will give him as short a sentence as justice will allow so that he can fulfill his obligations to family and to society.

Sincerely,


Richard Sullivan
PVS Visitor, MDC Brooklyn

HONORABLE FREDERICK BLOCK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN, NEW YORK 11201

MARCH 1, 2008

HONORABLE FREDERICK BLOCK:

I write you regarding **DENNIS CROSBY** and his sentence for involvement in the conspiracy named in his indictment. I am with the **BLACK DEFENSE LEAGUE** and we are in support of **DENNIS CROSBY** receiving ten (10) years for his involvement in the incident. We understand that someone's life was taken and it is regrettable the way that disputes are sometimes resolved in the inner city. Change is needed in the values of Urban Youths and the Elders are responsible for the failures witnessed daily within the inner cities. I take full responsibility for my failures as a role model and guide to the youth in my community. I also know that if I can change and live a positive life, then so can **DENNIS CROSBY**. I have done time in prison and have victimized my neighbors, but I have changed my life around and only want to do the right thing for my people. I know **DENNIS CROSBY** and know that he is no killer. If anything, he was just following and was manipulated by the people he idolized. All **DENNIS CROSBY** ever wanted was to make some money in the **HIP-HOP** business. The fact that he has remained silent, while everyone around him is **"cutting deals,"** is because he doesn't know any information and would only make things worst for himself by lying to Federal Authorities. If you choose, in your divine wisdom, to give **DENNIS CROSBY** ten (10) years, upon his release, the **BLACK DEFENSE LEAGUE** will be committed to his debriefing and return to the community.

The **BLACK DEFENSE LEAGUE**, as an organization and I, **CLIVE CAMPBELL**, as an individual, take pride in the attempt to suggest an alternative to imprisonment and community involvement in the imprisonment, rehabilitation and future conduct of returning ex-prisoners. We and I will be there for **DENNIS CROSBY** and will be

involved in his imprisonment, rehabilitation and his future conduct upon his release back to the community. Additionally, we and I will be responsible for his future conduct. The **BLACK DEFENSE LEAGUE** is located at **RESTORATION PLAZA, SUITE 415, BROOKLYN, NEW YORK** and we are a community based organization for the advancement of Mankind...The **BLACK DEFENSE LEAGUE** is suing **BARCLAYS BANK, BRUCE RATNER and SHAWN "JAY-Z" CARTER** for **REPARATIONS** in the amount of **$5,000,000,000.00 dollars.**

I, **CLIVE CAMPBELL**, have attended the proceedings involved in this matter: I have attended the **IRV & CHRIS LORENZO (GOTTI)** trial; the **KENNETH "SUMPREME" MCGRIFF** trial and I have attended, basically, for my good friend **DENNIS CROSBY**. I don't profess that **DENNIS CROSBY** is without guilt or responsibility in this matter. But it is easy to be manipulated by someone you idolize. In the inner cities, it is easy to take the wrong person as a role model. It's the communities' responsibility, to the children, to make positive people the role models and not the drug dealers, pimps and whores. We have a lot of problems internally; I hope that this communication can serve as a guide or a factor in your reaching a decision about **DENNIS CROSBY'S** sentence. I am aware that the Government Prosecutor is not outspokenly demanding a specific sentence for **DENNIS CROSBY** and I am sure that **DENNIS CROSBY** has realized his mistakes and he knows that he has basically destroyed his future and without someone to "hold him down" during this trying time, for both **DENNIS CROSBY & HIS FAMILY**, he will surely be finished in life. With both his mother and father up there in age and trying to care for his daughter, **DENNIS CROSBY** will have to show strength of character, true conviction and dedication to changing his life. This situation has devastated his family: his father has serious health issues and his mother is his strength and his true friend: She is visibly getting tired and weary. Hopefully, there is a way that **DENNIS CROSBY** can receive the community recommended ten (10) years.

The **BLACK DEFENSE LEAGUE** has gathered numerous signatures, from the community, in support of **DENNIS CROSBY.** Everyone is well aware of the facts in the **"E-MONEY BAGS"** case, as well as **"TROY**

SINGLETON." These weren't two of America's greatest citizens. These men were drug dealers and admitted murderers, not to suggest that their lives were without value, but they did take another's life, and but for their own deaths, they would have killed again or had to answer for their own acts. Their lives were taken in an act of retribution: the basic precept of the law: **"DO UNTO OTHERS AS YOU WOULD WANT THEM TO DO UNTO YOU.** I believe **DENNIS CROSBY** has a lot to offer to our community, having learned a valuable lesson he will not soon forget. His story should be shared with the youth to deter them from taking the wrong path. The **BLACK DEFENSE LEAGUES'** motto is: **THE CHILDREN NEEDS BASIC TRAINING IN LIFE SKILLS AND DECISION MAKING.** Everyone is so easily influenced to do wrong, but we are not easily influenced to do what's right.

I thank you, **YOUR HONOR,** for your most valuable time and attention. I hope you can balance the scale of justice and find a weight that's just and would allow all to have peace of mind. I suggest that this situation with **DENNIS CROSBY** be used as a tool for the children of the inner city that could grow up and idolize the wrong persons. Have a great day **YOUR HONOR.**

DATED: BROOKLYN, NEW YORK

   COUNTY OF KINGS

*[signature: Clive Campbell]*
CLIVE CAMPBELL
BLACK DEFENSE LEAGUE
RESTORATION PLAZA
1360 FULTON STREET, SUIT 415
BROOKLYN, NEW YORK 11216

cc: DENNIS CROSBY

**BLACK DEFENSE LEAGUE**
**RESTORATION PLAZA**
**1360 FULTON STREET, SUITE 415**
**BROOKLYN, NEW YORK 11216**

OCTOBER 3, 2007

RE: PETITION IN SUPPORT OF DENNIS CROSBY'S SENTENCE BEING TEN (10) YEARS IN FEDERAL PRISON FOR HIS INVOLVEMENT IN THE CONSPIRACY TO KILL "E – MONEY BAGS" AN ASPIRING RAPPER AND ADMITTED MURDERER OF A QUEENS, NEW YORK MAN. DENNIS CROBY'S INVOLVEMENT, AS EXPRESSED IN COURT RECORDS, SAYS "HE RECORDED THE DECEASED PRIOR TO HIS KILLING AND THAT HE WAS ONCE PRESENT IN A CAR WITH THE ACTUAL KILLERS (SHOOTERS) WHO WILL BE ALSO RETURNING TO BE IN THE COMMUNITY SHORTLY. WE, AT THE BLACK DEFENSE LEAGUE, WHOLEHEARTEDLY SUPPORT DENNIS CROSBY RECEIVING TEN (10) YEARS FOR HIS INVOLVEMENT IN THE CRIMES AND WILL SUPPORT HIM DURING HIS REHABILITATION AND EVENTUAL RELEASE BACK TO THE BLACK COMMUNITY. THE COMMITTEE TO HONOR BLACK HEROES ALSO SUPPORTS DENNIS CROSBY'S RELEASE IN TEN (10) YEARS. THIS PETITION IS BEING CIRCULATED AS AN ATTEMPT, BY THE BLACK DEFENSE LEAGUE, AS A MEANS OF SUGGESTING ALTERNATE SENTENCING, WHERE THE COMMUNITY, AS A WHOLE, IS MORE INVOLVED IN THE REHABILITATION AND SALVATION OF THOSE INCARSERATED. WE, THE BLACK DEFENSE LEAGUE, SUGGEST WE BE GRANTED ACCESS TO PRISONERS TO PREPARE THEM FOR THEIR EVENTUAL RELEASE BACK INTO THE BLACK COMMUNITY AND TO HELP IN THEIR RE-ENTRY ADJUSTMENT AND TO DEBRIEF THEM ON CURRENT AFFAIRS AND LAWS THAT CAN AFFECT THEM. IT'S TIME FOR THE BLACK COMMUNITY TO BE MORE ACTIVE IN THE PROBLEMS FACING "BLACK MEN" AND STOP ASKING THE GOVERNMENT TO RAISE OUR CHILDREN AND THEN LOCK THEM UP WHEN THEY TURN MEN…. SUPPORT DENNIS CROSBY'S CHANCE OF CHANGING HIS LIFE AND BECOMING A FUNCTIONING AND PRODUCTIVE MEMBER OF SOCIETY…IF I COULD CHANGE, ANYONE CAN CHANGE…

| Signature | Phone |
|---|---|
| Claire Campbell | 718-636-4444 |
| Frazell Benjamin | 718-994-2753 |
| Yves Andre | 646-206-2669 |
| Theodore Read | 347-287-3573 |
| Tiesha Lamont | 347-683-1978 |
| Darryl Hall | 718-787-8435 |

TO: Judge Block

My name is Chanel Brown Crosby. I added Crosby because I only knew Denniro as my father. He was always there for me and my mom.

I remeber when my mom had to work and my dad took me to school. I was so happy. and when he come to pick me up he would let me pick what I wanted to eat for a snack. I like McDonalds.

My dad writes me and ask how I am doing in school and he even sends me math homework.

Please Judge Block let my dad come home I want him to be at my Sweet 16 party. I know I am only 10 but I miss him so much. I have to go do my homework now please Judge help my dad.

Chanel Brown Crosby.

Mother Gaston Lotts
230 Apt 4L
Brooklyn, N.Y. 11212
March 6, 2010

Dear Judge Block,

My name is Dñhyah Crosby. You have locked up my father Dennis Crosby. I'm not quite sure why he is there but, I know you probly think my dad is a bad person. You have the wrong impression about him. Whatever bad things people say about him aren't true. All they are doing is judging him of his past. I want him home so he can help my mother take care of me. My grandparents are getting old and my grandpa is very sick. Just because my dad got involved with the wrong people he had to go to jail. Well I really don't have much to say. All I know is I want my father to come home. I remember when he would take me to school. We use to have so much fun together. But that will be over until you let him go.

Sincerely,

Dear Judge Block,

My name is Randy Anderson and I want you to know that I used to hang out with drug dealers and gang members of the Crips. One day I was hanging out with my friends at the Youth Center on Rockaway Blvd and they were going to start trouble and I was going to join in. When we got inside and saw Dennis Crosby inside talking to high school kids and 5th graders about his strong desire to help the community youth understand about not victimizing the neighbors and the community by selling drugs.

That day my friends still wanted to start trouble but when I heard Dennis say please don't mess it up for the younger kids that like coming here I knew I didn't want to be in a gang or sell drugs. When I told Dennis that I did not want to be in a gang anymore, he told me the only people you need to idolize are the people who get up everyday and work hard for a living at a legal job. I've been taking advice from Dennis ever since and it's steered me in the right direction. I was on the verge of not completing high school when I met him. I was 21 credits behind and his words gave me the drive to enter myself into a program at an alternative school and get my high school diploma and make something of myself.

Judge Block I am 23 years old now and I've never been arrested or been in any trouble. I have a one year old son and I work for the Transit and I'm taking care of my baby. Dennis Crosby played a major role in sculpting me into the person I am today. Everyone in the street is saying Dennis is not the shooter and he is getting 30 to life. I hope and pray that's not true.


Thank You Judge Block for reading my letter

Randy Anderson Jr

Ms. Michele Mitchell
128-14 Francis Lewis Blvd.
Laurelton, New York 11413
(718) 297-5387

Dear Judge Block,

I wanted to share my thoughts with you concerning Dennis Crosby, and Troy Singleton.

I will begin with Mr. Singleton, he was no angel. My brother Carlton Mitchell, died at the hands of Mr. Singleton. He (my brother) had four children, three sons and a daughter. These children are without their father. The shooting occurred at a basketball tournament in front of many witnesses, but the streets were talking. Mr. Singleton, was never prosecuted. I am saddened by the death of Mr. Singleton, just as I am devastated over the loss of my brother.

Dennis Crosby, made a bad judgement but he didn't shoot anyone. Dennis, helped many kids in the neighborhood, even my brothers children when he got away. I was happy to see Dennis, volunteering at the community center. He has changed the paths of many teens who may have gone in the wrong direction, he did. Some people have bad hearts but Dennis, has a good one. I think in this case he let himself be the wicked because of his good heart. I can't ever see him ever making that mistake again for the love he shows children in trying to make them choose the right path as opposed to his mistake(s).

I plead with you Judge Block, to show him some leniency. Dennis, is a decent man who used poor judgement. Please take that into consideration. Thank you Judge Block.

Sincerely,
M. Mitchell



**MDC Brooklyn Education Department**

Certificate of Appreciation

Presented to

*Dennis Crosby*

Recreation Aide

**Recreation Department**

At MDC Brooklyn

This certificate is hereby issued this 20th day of August, 2010.

_B. Gonzo_
Mr. R. Robinson
Recreation Specialist

_M. Smith_
Ms. M. Smith
Supervisor of Education

To WHOM IT MAY CONCERN:

I AM WRITING THIS LETTER ON BEHALF OF INMATE DENNIS CROSBY. INMATE CROSBY HAS DONE A GREAT JOB AS RECREATIONAL AIDE FOR HIS HOUSING UNIT. CROSBY HAS HELPED THE RECREATION DEPARTMENT ORGANIZE AND IMPLEMENT VARIOUS RECREATIONAL PROGRAMS SUCH AS BASKETBALL, SOCCER, DRAWING, BOARD GAMES, AND FITNESS ACTIVITIES. HE HAS ALSO ORGANIZED AND SUPERVISED HOLIDAY RECREATION TOURNAMENTS CONSISTING OF VARIOUS ACTIVITIES.

AS A RECREATION SPECIALIST AT M.D.C. BROOKLYN I NEED GOOD INMATE WORKERS TO HELP IMPLEMENT REC. ACTIVITIES. INMATE CROSBY HAS PROVEN TO BE A COMPETENT AND VALUED ASSET TO THE RECREATION DEPARTMENT. RECREATION HELPS TO ALLEVIATE EVERY DAY STRESSES OF INMATE LIFE THEREFORE CUTTING BACK ON FIGHTS AND ASSAULTS. INMATE CROSBY MAKES A DIFFERENCE IN THE LIVES OF HIS FELLOW INMATES BY USING HIS TIME IN A CREATIVE WAY BY ASSISTING THE RECREATION DEPARTMENT ON A DAILY BASIS. INMATES SUCH AS DENNIS CROSBY HELP US TO ALLEVIATE INMATE IDLENESS BY KEEPING THEM BUSY WITH RECREATIONAL ACTIVITIES.

SINCERELY YOURS,
RICHARD ROBINSON, REC. SPEC.
*Richard Robinson*